# Department of Veterans Affairs
## COMPLAINT OF EMPLOYMENT DISCRIMINATION

OMB NO.: 2900-0716
EXPIRATION DATE: DEC 31, 2019
RESPONDENT BURDEN: 30 Min.

**COMPLAINT CASE NUMBER:**

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

**1. NAME** (Last, first, middle initial)(Please print): Friedman, Howard A

**2. EMAIL ADDRESS:**

**3. MAILING ADDRESS:** 5521 Harleston Drive, Lyndhurst, Ohio 44124

**4a. WORK TELEPHONE NUMBER** (Include Area Code):

**4b. PRIMARY TELEPHONE NUMBER** (Include Area Code): 216-201-0123

**5. ARE YOU:**
- [✓] A VA EMPLOYEE
- [ ] AN APPLICANT FOR EMPLOYMENT
- [ ] A FORMER VA EMPLOYEE

**6a. JOB TITLE, SERIES AND GRADE:** Medical Manager/physician

**6b. SERVICE/SECTION/PRODUCT LINE:** COPS

**7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED:** 35000 Kaiser Court, Willoughby, Oh 44094

**NOTE:** For each employment related matter that you believe was discriminatory you must list the bases (list one or more of the following): Race (Specify), Color (Specify), Religion (Specify), Sex (Male or Female), National Origin (Specify), Age (Provide date of birth), Disability (Specify), Genetic Information (including family medical history), and/or Reprisal for participating in the EEO process or opposing unlawful discrimination.

| 8. BASIS | 9. CLAIM(S) | 10. DATE OF OCCURRENCE |
|---|---|---|
| Age (01/1958) (Jewish) | Disciplinary Action (Suspension) | 2-8-21 |
|  | Evaluation/Performance/Appraisal | 2-1-21 |
|  | Pay and Allowances- (Special Pay) | 12-24-20 |
|  | Lose of Credentials | 3-4-21 |

**11. REMEDIES SOUGHT** (Use an additional sheet of paper if necessary.)
Rescission of actions, compensatory damages.

**12a. DO YOU HAVE A REPRESENTATIVE?** [✓] YES [ ] NO
**12b. IF "YES," IS HE OR SHE AN ATTORNEY?** [✓] YES [ ] NO
**12c. PROVIDE THE NAME AND ADDRESS OF YOUR REPRESENTATIVE:** Joshua Kahn
**12d. TELEPHONE NUMBER** (Include Area Code): 800-801-0598
**12e. EMAIL ADDRESS:** josh@pinesfederal.com

**13a. HAVE YOU CONTACTED AN EEO COUNSELOR?** [✓] YES [ ] NO
**13b. NAME OF EEO COUNSELOR:** David B. Taylor
**13c. DATE OF INITIAL CONTACT WITH ORM:** 2-22-21

**14.** If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 10, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (Use an additional sheet of paper, if necessary.)

**15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE?** [ ] YES [✓] NO
**15b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED:** NA
**16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE?** [ ] YES [✓] NO
**16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED:** NA

**17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE?** [ ] YES [✓] NO
**17b. IF "YES," PROVIDE THE NAME AND ADDRESS:**

**18. SIGNATURE OF COMPLAINANT** (Do not print): *[signature]*
**19. DATE:** 3-26-21

VA FORM MAR 2017 **4939** SUPERSEDES VA FORM 4939, MAR 2013, WHICH SHOULD NOT BE USED.

**GOVERNMENT EXHIBIT B**